## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO. _____

MICHELLE HERNANDEZ,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC
a Georgia limited-liability corporation,

      Defendant.

_____/

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### NOTICE OF REMOVAL

COMES NOW, Equifax Information Services LLC ("Equifax"), and files this

Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would

respectfully show the Court as follows:

### A.      PROCEDURAL BACKGROUND

1.      On June 13, 2024, Plaintiff Michelle Hernandez ("Plaintiff") filed her

Complaint ("Complaint") in this action in the County Court of the Ninth Judicial

Circuit in and for Orange County, Florida, Case No. 2024-CC-011471-O ("State

Court Action"). Plaintiff alleges violations of the Fair Credit Reporting Act

("FCRA"), 15 U.S.C. § 1681, *et seq*., against Defendants.

2.      Equifax was served with Plaintiff's Summons and Complaint on July 9, 2024.  A copy of the State Court Complaint is attached hereto as **Exhibit A**.  This Notice of Removal is being filed with the thirty-day (30) time period required by 28 U.S.C. § 1446(b).

B.      **GROUNDS FOR REMOVAL**

3.      The present suit is an action over which the United States District Court for the Middle District of Florida, Orlando Division, has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States.  This civil action may be removed to this Court by Equifax pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

C.      **COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

4.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Middle District of Florida, Orlando Division, because it is in the district and division embracing the place where the state court action is pending.

5.       In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings  asserting causes of action, and orders in the State Court Action

served upon Defendant Equifax are attached hereto as **Exhibit B**.

6.      Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the County Court of the Ninth Judicial Circuit Court in and for Orange County, Florida, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated:  July 29, 2024                    Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com
*Counsel for Defendant Equifax*
*Information Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that a true copy of the foregoing document has been filed via the CM/ECF filing system this July 29, 2024, which will serve an electronic Notice of Filing to all registered users. I further certify that a copy of the foregoing document was provided to the counsel listed below via email transmission:

     Joseph Stern, Esq.
     Email:  stern@jealegal.com
     *Counsel for Plaintiff*

                         /s/  *Jason Daniel Joffe*
                         Jason Daniel Joffe