## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MICHELLE HERNANDEZ,
    Plaintiff,

  vs.                                Case No. 6:24-cv-1391-CEM-RMN

EQUIFAX INFORMATION
SERVICES, LLC,
    Plaintiff
_____/

## UNOPPOSED AND AMENDED MOTION
## FOR LEAVE TO AMEND COMPLAINT

Through her undersigned counsel, and pursuant to Rule 15(a)(2), Fed.R.Civ.P. and the court's order of September 17, 2024 (DN 23), Michelle Hernandez submits her Amended Motion for leave to amend her Complaint against Equifax Information Services, LLC ("Equifax), alleging:

    1.    This motion is timely filed, as the court's case-management report (DN 18) sets September 16, 2024 as the deadline for motions to amend pleadings.[1] Also, the Amended Complaint attempts to merely supplement and clarify certain allegations. Accordingly, a very liberal standard applies to this motion. Rule 15(a)(2), Fed.R.Civ.P. and *CarieRx LLC v. Healixa, Inc.*, 2022 WL 19914515, at p. 1 (M.D. Fla. 2022)(timely motions for leave to amend are held to a very liberal standard and leave should be freely given when justice requires).

---

[1] Though the motion for leave to amend was timely filed, it was denied -- without prejudice -- for failure to comply with local rule 3.01. Equifax's counsel has since informed Boyle's counsel that he does not oppose this motion.

2.	This motion to amend is Boyle's first, there is no evidence of undue delay, bad faith, or dilatory motive, nor is there any prejudice by amending, since this case is in its early stages. *Id.*

Wherefore, Michelle Hernandez requests the court accept the attached Amended Complaint as duly filed, along with any further relief deemed proper.

## Local Rule 3.01(g) Certification

I hereby certify having conferred, on September 17, 2024, with counsel for Equifax, who does not oppose this motion.

By: /s/ Joe Stern
Joseph Stern, Esq., FBN 30902

## Certificate of Service

I hereby certify having served, *via* electronic service and/or US Mail (postage prepaid), on September 17, 2024, copies of this motion on all counsel of record and all unrepresented parties.

Joseph Stern
*Counsel for Michelle Hernandez*
8578 Beaconhill Rd.
Palm Beach Gardens, FL 33410
305-283-3079
stern@jealegal.com

By: /s/ Joe Stern
Joseph Stern, Esq., FBN 30902

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHELLE HERNANDEZ,
    Plaintiff,

  vs.                                      Case No. 6:24-cv-1391-CEM-RMN

EQUIFAX INFORMATION
SERVICES, LLC,
    Plaintiff
_____/

**AMENDED COMPLAINT**

Through her undersigned counsel, Michelle Hernandez submits her Amended Complaint against Equifax Information Services, LLC ("Equifax"), alleging:

**General Allegations**

1.    This action is brought pursuant to Equifax's violation(s) of 15 USC §1681, *et seq.*, commonly referred to as the Fair Credit Reporting Act ("FCRA").

2.    Hernandez is a resident of Orange County, Florida and she is a "consumer," as defined in 15 U.S.C. §1681a(c).

3.    Equifax is a Georgia limited-liability corporation and a consumer reporting agency (as per 15 USC §1681(a)(f)), as it is in the business of assembling, evaluating, publishing, and disbursing consumer credit information to provide third parties with consumer credit reports nationwide (as per 15 USC §1681(a)(d)).

4.    This court has jurisdiction, pursuant to 28 USC §§1331 & 1337(a), 28 U.S.C. §2201(a), 15 USC §1681p, and 15 U.S.C. §1692k(d).

5.    Venue in this court is proper, pursuant to 28 U.S.C. §1391(b)(2).

## Factual Allegations

6. On March 11, 2024, Hernandez received a copy of her credit report from Equifax, which contained false and inaccurate information on several of her credit accounts. This information included: overstating her credit limits; incomplete payment histories; incorrect balances; incorrectly attributing an account to her; and incorrectly stating the balance on an account.

7. On March 26, 2024, Hernandez sent Equifax a letter (exhibit A) disputing this information and asking Equifax to correct it. This letter stated her name, Social-Security number, address, and date of birth, *i.e.*, the same information she used to obtain her credit report.

8. On April 5, 2024, Equifax sent Hernandez a letter (exhibit B) which said "We were unable to locate a credit file in our database with the identification information you provided. In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. One item will verify your identity and the other will verify your current address."

9. Consequently, Equifax did not investigate the disputed information or timely send Hernandez a response – and Equifax failed to remove or delete the information. Had Equifax conducted a reasonable investigation of Hernandez's dispute, Equifax would have learned the information it reported was, in fact, inaccurate, incomplete, outdated, untimely, or unverifiable, just as Hernandez said in her letter to Equifax (exhibit A).

## Claim for Violation of Statute (*i.e.*, FCRA)

10. All previous paragraphs are incorporated herein.

11. Equifax's failure to investigate the disputed information, to timely send a response, to correct or remove the disputed information, and to update or correct Hernandez's credit report (as required by 15 USC §1681e(b)) violated 15 U.S.C. §1681i(a)(5)(A).

12. Equifax's actions also violated 15 U.S.C. §1681e(b), by failing to establish and/or follow reasonable procedures to assure maximum possible accuracy of the credit information it reported to third parties.

13. These violations of FCRA caused Hernandez to suffer damages, including but not limited to: loss of credit (including loss of the ability to purchase and benefit from credit, and lowering of credit lines); damage to her reputation; embarrassment; humiliation; and other mental, physical, and emotional distress.

Wherefore, Hernandez requests a judgment for her actual damages (pursuant to 15 U.S.C. §1681n(a)(1)(A)), punitive damages (pursuant to 15 U.S.C. §1681n(a)(2)), plus her costs (pursuant to 15 U.S.C. §1681n(a)(3)), attorney's fees (pursuant to 15 U.S.C. §1681o), and any further relief deemed proper.

## Count II – Negligence (pursuant to 15 U.S.C. §1681o)

14. Paragraphs one through nine are incorporated herein.

15. Equifax owed Hernandez a duty under FCRA to properly investigate these allegations/disputes and correct her credit report.

16. Equifax breached this duty, by failing to properly investigate these allegations/disputes and correct her credit report.

17. Equifax's breaches of its duty constituted negligence, entitling Hernandez to recovery under 15 U.S.C. §1681o.

18. These violations caused Hernandez to suffer damages, including but not limited to: loss of credit (including loss of the ability to purchase and benefit from credit, and lowering of credit lines); damage to her reputation; embarrassment; humiliation; and other mental, physical, and emotional distress.

Wherefore, Hernandez requests judgment for her damages (pursuant to 15 U.S.C. §1681o(a)(1)), costs (pursuant to 15 U.S.C. §1681o(a)(2), attorney's fees (pursuant to 15 U.S.C. §1681o(b), and any further relief deemed proper.

**Count III -- Declaratory Judgment (pursuant to 28 USC §2201(a))**

19. All previous paragraphs are incorporated herein.

20. Hernandez seeks a declaration by the court that Equifax's acts and practices, as stated herein, violated FCRA.

21. There is a *bona fide*, actual, present, and practical need for this declaration.

22. This declaration deals with a present, ascertained or ascertainable state of facts or present controversy as to a state of facts.

23. Some immunity, power, privilege, or right of the complaining party is dependent upon the facts or the law applicable to the facts.

24. There is some person or persons who have, or reasonably may have, an actual, present, adverse, and antagonistic interest in the subject matter, either in fact or law.

4

25. All the antagonistic and adverse interests are before the court by proper process or class representation, and the relief sought is not merely the giving of legal advice by the courts or the answer to questions propounded from curiosity.

Wherefore, Hernandez requests the court issue a declaration stating that Equifax's practices and actions, as stated herein, violated FCRA, along with any further relief deemed proper.

### Jury Demand

Hernandez requests a trial by jury for all claims and issues so triable.

### Verification

Under penalty of perjury, I hereby state that I have first-hand knowledge of all the facts alleged herein and the exhibits attached hereto, and that they are all true.

/s/ Michelle Hernandez
Michelle Hernandez

### Certificate of Service

I hereby certify having served, *via* electronic service and/or US Mail (postage prepaid), on September 17, 2024, copies of this Amended Complaint on all counsel of record and all unrepresented parties.

Joseph Stern
*Counsel for Michelle Hernandez*
8578 Beaconhill Rd.
Palm Beach Gardens, FL 33410
305-283-3079
stern@jealegal.com

By: /s/ Joe Stern
Joseph Stern, Esq., FBN 30902

5

March 26, 2024

EQUIFAX:

**Re: Delete Inaccurate Information**

Dear Sir or Madam:

My credit report was recently pulled and I realized there are a few errors on my file. This is a legal attempt to correct this inaccurate information. I have done quite a lot of research on the laws that govern CRA'S and consumer protection laws such as the FCRA, the new FACTA and the FDCPA. According to the FTC, I must make a written request to have these discrepancies investigated. I am requesting that you review and remove the following accounts as they are incomplete, outdated, untimely, inaccurate or unverifiable.

THE FOLLOWING ACCOUNTS ARE WRONG AND INACURRATE INCLUDING HIGH CREDIT LIMIT AND INCOMPLETE PAYMENT HISTORY. PLEASE DELETE THEM.

1. CAPITAL ONE                    ACCOUNT# 517805XXXX
2. CAPITAL ONE                    ACCOUNT# 517805XXXX
3. CELTIC BANK/CONTFINCO           ACCOUNT# 534636XXXX
4. COMENITYBANK/BEALLSOL           ACCOUNT# 585637XXXX
5. COMENITYBANK/WAYFAIR            ACCOUNT# 778850XXXX
6. SYNCB/LOWES                     ACCOUNT# 798192XXXX
7. TDBANKUSA/TARGETCRED            ACCOUNT# 585975XXXX
8. GALAXY AUTO SVC                 ACCOUNT# UNKNOWN

THE FOLLOWING ACCOUNTS ARE WRONG AND INACURRATE INCLUDING HIGH CREDIT LIMIT, BALANCE AND INCOMPLETE PAYMENT HISTORY. PLEASE DELETE THEM.

1. CCS/FIRST SAVINGS BANK          ACCOUNT# 543360XXXX
2. FIFTH THIRD BANK NA             ACCOUNT# 544400XXXX
3. FIRST PREMIER BANK              ACCOUNT# 517800XXXX
4. OPPSLOANS/FEB                   ACCOUNT# LAI028XXXX

I HAVE REQUESTED THIS ACCOUNT TO BE DELETED FROM MY CREDITFILE DIRECTLY FROM THE FURNISHER. PLEASE DELETE ACCOUNT.

1. PORTFOLIO RECOVERY ASSOC        ACCOUNT# 601919XXXX

I REVOKED CONSENT AS AN AUTHORIZED USER ON THIS ACCOUNT. THIS IS NOT MY ACCOUNT. I NEVER SIGNED AN AGREEMENT WITH THE CREDITOR ON THIS ACCOUNT. THIS ACCOUNT IS CAUSING ME HARDSHIP. MUST DELETE ACCOUNT.

1. JPMCB CARD                      ACCOUNT# UNKNOWN

Exhibit A

THE FOLLOWING ACCOUNT WAS PAID.  PER MY AGREEMENT WITH MIDLAND CREDIT MANAGEMENT, THE ACCOUNT NEEDS TO BE DELETED.

1. MIDLAND CREDIT MANA                ACCOUNT# 313511XXXX

**<u>\*\*PLEASE NOTE\*\* I AM OPTING OUT OF RECEIVING CREDIT REPORT RESPONSES ELECTRONICALLY.  I MUST RECEIVE ALL CORRESPONDENCE VIA U.S. MAIL.</u>**

**AS OF RIGHT NOW, PLEASE DO NOT ADD A FRAUD ALERT TO MY CREDIT FILE UNLESS I SPECIFICALLY REQUEST IT FROM YOU AND NOT FROM ANY OTHER CREDIT BUREAU(S).**

Sincerely,

Michelle Hernandez
5907 Judy Dee Drive
Orlando, FL 32808
SS#: ▮▮▮▮▮▮▮▮▮▮
DOB: 09/19/1986

After your investigation is over and the accounts are removed please block them from the file so they are not reported at a later date. I am also requesting a copy of my entire credit file for further reviews. I am requesting that you forward me all documents you have concerning my file, not just my report. Please include all factual data forms, all notices of delinquencies and any other items that my file might contain. If there is a fee required, please notify me immediately so that I may remit any payments necessary for the above mentioned request.

MICHELLE HERNANDEZ
5907 JUDY DEE DR
Orlando, FL 32808-4227

Dear MICHELLE HERNANDEZ:

We have received your request concerning inaccurate information on your Equifax credit file.

We were unable to locate a credit file in our database with the identification information you provided. In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you **please send us a copy of two different items - one from each of the two categories listed below**. One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of **one of the following items**.
The item you choose MUST contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

Note: A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one of the following items**.
The item you choose MUST contain your current mailing address of 5907 JUDY DEE DR, Orlando, FL 32808-4227.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

Again, we need a total of two items -- one item from each of the categories above -- to process your request. Please submit those items along with this letter to the following address:

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

PLEASE BE ADVISED THAT IN ORDER TO PROCESS YOUR REQUEST, EQUIFAX NEEDS TO RECEIVE VALID AND LEGIBLE DOCUMENTATION. THE IDENTIFICATION DOCUMENTS SENT ARE ILLEGIBLE. PLEASE SUBMIT A LEGIBLE COPY OF YOUR SOCIAL SECURITY CARD, PAY STUB, W2 FORM OR 1099 FORM AS PROOF OF SOCIAL SECURITY NUMBER. ALSO, PLEASE SUBMIT A LEGIBLE COPY OF YOUR DRIVER?S LICENSE, STATE-ISSUED IDENTIFICATION CARD, UTILITY BILL, CELL PHONE BILL, PAY STUB, W2 FORM, 1099 FORM, RENTAL OR LEASE AGREEMENT/HOUSE DEED, MORTGAGE STATEMENT OR BANK STATEMENT WITH THE CORRECT ADDRESS AS PROOF OF YOUR CURRENT ADDRESS

To ensure that your request is processed without delay, please enlarge photocopies and ensure the information is

000003451-FLT                                              4096500508-M4D-0d36017300001216-04052024

Exhibit B

Powered by CamScanner